CLARENCE W. McKAY, Respondent, *v.* ROCHESTER AND LAKE ONTARIO WATER SERVICE CORPORATION et al., Appellants, Impleaded with Others.

(Argued September 29, 1936; decided October 13, 1936.)

*Wilton A. Block* for appellants.
*Robert T. Headley* for respondent.

Order affirmed, with costs, and question certified answered in the negative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.